IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 09-cv-00557-BNB

MAY - 8 2009

ALLEN DAWKINS,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

DR. BARNS,

Defendant.

---

## ORDER OF DISMISSAL

---

On March 30, 2009, Magistrate Judge Boyd N. Boland entered an order granting

Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this

action.  Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to

pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no

means by which to pay the initial partial filing fee.  Plaintiff was instructed that, in order

to show cause why he cannot pay the $3.00 initial partial filing fee, he must submit a

current certified copy of his inmate trust fund account statement.  Plaintiff was warned

that the complaint would be dismissed without further notice if he failed either to pay the

initial partial filing fee or to show cause as directed within thirty days.

On April 3, 2009, Plaintiff submitted to the Court a certified copy of his inmate

trust fund account statement together with a cover letter stating that he is unable to pay

the initial partial filing fee.  However, the copy of the certified account statement that

Plaintiff submitted to the Court on April 3 is not current.  Instead, Plaintiff submitted to

the Court a copy of the account statement he previously submitted to the Court on

March 23, 2009, in support of his motion seeking leave to proceed *in forma pauperis*.

That account statement, which is dated February 6, 2009, does not demonstrate that

Plaintiff currently lacks sufficient funds to pay the initial partial filing fee.  Therefore, the

Court finds that Plaintiff has failed to show cause as directed why he is unable to pay

the initial partial filing fee.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice

because Plaintiff failed either to pay the initial partial filing fee or to show cause as

directed why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 7 day of _____ May _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00557-BNB

Allen Dawkins
Prisoner No. 1608490
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the
above-named individuals on 5/8/09

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk